UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18-cr-00390 |
| | : | |
| Plaintiff. | : | OPINION & ORDER |
| | : | [Resolving Docs. 35 & 41] |
| vs. | : | |
| | : | |
| DARNELL ANTHONY FOX, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Darnell Anthony Fox requests a reduced sentence under the compassionate release statute, 18 U.S.C. § 3582.[1] The Government opposes Fox's request.[2]

For the reasons stated below, the Court **DENIES** Fox's motion for compassionate release.

I. Background

On August 15, 2018 Defendant Fox pled guilty to three counts of possession with intent to distribute a controlled substance and one count of felon in possession of a firearm.[3] On December 13, 2018 this Court sentenced Fox to 60-months imprisonment.[4] Fox has been in custody since January 29, 2019.[5] He is scheduled for release in October 2022.[6]

---

[1] Docs. 35, 41.
[2] Doc. 47.
[3] Doc. 18.
[4] Doc. 47 at 2.
[5] Doc. 41 at 2.
[6] *Id.*

Case No. 1:18-cr-00390
GWIN, J.

## II. Discussion

On June 22, 2020, Fox moved for compassionate release.[7] Fox requests a sentence reduction due to several medical conditions that he claims increase his risk of severe illness if he contracts COVID-19.[8]

The Government opposes. The Government observes that the CDC has not identified any of Fox's medical conditions as increasing the risk of complications from COVID-19.[9] The Government also states that Fox would pose a danger to the community because his conviction requires a minimum of 60 months incarceration.[10]

### A. Exhaustion

The Court may modify a defendant's term of imprisonment upon a motion from the defendant once 30 days have expired since the warden of the defendant's facility received such a motion from the defendant.[11]

Here, Fox states that more than 30 days have past since he sent the warden a request for release; the warden denied his request on June 8, 2020.[12] The government responds that Fox's claim of administrative exhaustion is unsubstantiated as Fox failed to attach the request or denial to either his original or supplemental motion.[13] Still, the government acknowledges that there is an administrative note in Fox's medical records indicating a social worker met with Fox on June 8, 2020 to discuss the warden's denial of

---

[7] Doc. 35.
[8] Doc. 41.
[9] Doc. 47 at 4-5.
[10] *Id.* at 7-8.
[11] 18 U.S.C. § 3582(c)(1)(A).
[12] Doc. 41 at 2.
[13] Doc. 47 at 9.

Case No. 1:18-cr-00390
GWIN, J.

Fox's request for release.[14] Because the Court finds that more than 30 days have passed since Fox's request, he meets the statutory exhaustion requirement.

### B. Eligibility

To grant compassionate release, the Court must find that "extraordinary and compelling reasons warrant such a reduction" and "that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."[15] The Court must also consider the sentencing factors set forth in 18 U.S.C. § 3553.[16]

The applicable policy statement instructs that extraordinary and compelling reasons for a sentence reduction fall into four categories: (i) medical conditions, (ii) age, (iii) family circumstances, and (iv) other reasons.[17]

Fox argues that he suffers from medical conditions that increase the risk of serious illness if he contracts COVID-19.[18] Specifically, he states that he suffers from peripheral artery disease, lung nodules, and pre-diabetes.[19]

Fox's COVID-19 argument is not persuasive. As the Government points out, the CDC does not recognize any of Fox's medical conditions as increasing the risk of complications from COVID-19.[20] While diabetes can increase the likelihood of severe illness from COVID-19, Fox does not currently suffer from diabetes and he has received nutrition education from a registered dietitian at his facility.[21]

---

[14] Doc. 47 at 9; Doc. 41-1 at 27.
[15] 18 U.S.C. § 3582(c)(1)(A).
[16] *Id.*
[17] USSG § 1B1.13 cmt. n.1.
[18] Doc. 35; 41 at 2-4.
[19] Doc. 41 at 2-4.
[20] Doc. 47 at 5.
[21] Doc. 41-1 at 4.

Case No. 1:18-cr-00390
GWIN, J.

Fox's peripheral artery disease has caused one blood clot is his left leg;[22] it was removed with minimally invasive surgery.[23] And Fox's benign lung nodules require only CT monitoring.[24] Fox is otherwise a healthy 37-year-old.

Considering all relevant factors, the Court does not find that extraordinary and compelling reasons warrant Fox's compassion release request.

### III. Conclusion

For the foregoing reasons, the Court **DENIES** without prejudice Fox's request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

IT IS SO ORDERED.

Dated: September 14, 2020    *s/    James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[22] Doc. 41-1 at 1.
[23] Doc. 41 at 3.
[24] *Id.*

-4-